**ARCHITECTURAL TRADITIONS**

*STEEL WINDOWS & DOORS*

9280 E. Old Vail Rd, Tucson AZ  85747
520-574-7374

## Exterior Steel Window and Door Proposal

**Date:** June 3, 2013

**Sold To:** Gerber Construction Inc.
PO Box 2578
Telluride CO  81435

**Job Name:** Master Oogway Residence
Lot 143
Telluride Mountain Village CO

**Architect:** Thomas W. Conyers Architect, AIA
PO Box 3383
Telluride CO  81435

**Scope of Work:** All in accordance with specifications and take off from Architectural Plans dated 10/08/2012.

### Product Summary:

See attached door and window schedule for sizes and quantities, note BB, Bi-fold is currently quoted with 7 ea 38.5" door panels.

### Product Specifications:

- Architectural Traditions Thermal Steel Windows and Doors: Fixed windows, Inswing Hopper Windows, Inswing Casement Window, Inswing French Doors, and Outswing Bifold Door unit.
- Fabricated from 304, 10 gauge stainless steel, mechanically fused to ¼" GRP thermal break material.
- All windows and doors units are manufactured at Architectural Traditions factory in Tucson AZ.
- 1" sight lines on fixed units, 2" sight lines on operating units.
- High Performance Silicon 4-point contact weather-strip gasket installed on all operating units.
- All products to be 1-lite design, no muntin bar break ups.
- Flat "L" Profile Glazing Frame detail, welded at corners.
- Installation Clips or Perimeter Installation Fin will be preset on all units during the manufacturing process, shipped loose for onsite attachment. These installation clip details will be worked out with architect through the submittal process and will be shown on the shop drawings.

**EXHIBIT A**

- *Metal framed fixed screens* (painted to match windows) with fiberglass mesh for Hopper and Casement windows.
- Solid Bronze Thresholds at Doors.
- Structural Thermally Broken Steel Mullions, engineered to 30 psf (108 mph winds) to allow for field mulling. These will be detailed on shop drawings.
- Windows and doors are NFRC rated and will ship with NFRC labels installed on glass. U-values .26 fixed units, .29 operating units.

Window Hardware:

Solid Bronze Concealed-Simplex sash lock (7 finishes available); over 36" in width will receive two. Stainless Steel Concealed 4-bar friction hinges.

Door Hardware:

Solid Bronze Butt Hinge (7 finishes available), Multipoint Lock with Solid Bronze Lever and matching Profile keyed cylinder.

Glass and Glazing:

- Glass to be Factory Installed by Architectural Traditions
- Dual glazed 1 1/8" with black composite spacer
- Glass Make-up Cardinal low-e366 2nd surface, Cardinal low-e i89 4th surface, or comparable performance glass from Guardian.
- Glass tempered were noted on plans *AND PER LOCAL BUILDING CODE.*
- All glass to be inspected upon delivery and Architectural Traditions to be notified within 48 hours regarding damage or defects.

Finish:

- Baked-on Epoxy Primer with Premium Duralife Powder coat top coat.
- Color: Currently Architectural Tradition's "Sift Espresso", this is the finish supplied on the sample the homeowner saw, but any RAL color is available.

Additional Services Included:

- Onsite Architectural Traditions Technician during initial installation, to consult and verify installation methods.
- Complete shop drawings, detailing every Exterior Door and Window opening, per attached Door and Window schedule.
- JB Window Specialties will render services as needed as Architectural Traditions local Colorado Sales and Service Representative

Warranty:

20-year limited warranty on Product and Glass from Architectural Traditions. Detailed warranty to be provided to Builder.

**EXHIBIT A**

**Exclusions (AT is not providing the following):**

- Exterior or interior trim.
- Installation of any kind.
- Installation material (i.e. pans, flashing, sealants, caulking)
- Application of touch-up paint
- Field measurements.
- State and/or local building code compliance.
- Protection of material stored at jobsite/storage after delivery.
- Retentions or hold backs of any type
- Any other items not specifically identified.

**Payment Terms:**

Sales Price: **$561,000**.

Payment Schedule:

1. 15% ($84,000) to start shop drawings
2. 35% ($196,000) prior to production.
3. 35% ($196,000) at delivery.
4. 15% ($85,000) due 30 days after delivery.

**Estimated Lead Times:**

| Weeks | Item Description |
|---|---|
| 2 | Initial Shop Drawings |
| 1 | Revisions to Shop Drawings (per round) |
| 16 | Manufacturing Time |
| 2 | Transit Time (3 shipments) |

**Note:** Lead times are based on current production capacities and are subject to change when product is finally released to production. Exact ship date will be provided when order is released to production.

**Deliveries:**

Jobsite delivery is included in this proposal.

Job is scheduled to ship in 3ea. 53' trailers, over a two week period. Trucking company will drop trailers for unloading. They will allow 4 hours to unload.

**Insurance:**

All products will be fully insured during manufacturing and during transportation for full replacement value. Architectural Traditions is not a sub-contractor and is insured as a material supplier. AT personnel cannot perform site work other than consultation. AT carries general liability with limits of $2 million. AT will submit insurance certificates proving such coverage to builder and owner upon commencement of work when requested.

**EXHIBIT A**

**Important Notes:**

- All work included in this proposal is custom built and cannot be returned. If work is canceled the cost of cancelation is charged based on the point of product completion. This is to be determined by Architectural Traditions.
- Product to be inspected by builder at time of delivery.
- All details, finishes, specifications must be finalized prior to release to production.

**Approval**

Dave Gerber
_____

Gerber Construction Inc.                                                Date


Greg LeFevre
_____

Architectural Traditions                                                Date


Jeff Brown
_____

JB Window Specialties (Agent)                                           Date

**EXHIBIT A**