

July 3, 2014

To:     Creditors and Other Interest Parties of Architectural Traditions.

Re:     **APPOINTMENT OF A RECEIVER, LIQUIDATION OF ASSETS, AND DISTRIBUTION OF SALE PROCEEDS**

Your company has been identified as an unsecured trade creditor of Architectural Traditions, L.L.C. (also known as New Southwest Door, Inc.) ("Architectural Traditions"). As you may be aware, Architectural Traditions ceased operations on April 14, 2014. Western Alliance Bank d/b/a Alliance Bank of Arizona (the "Bank") filed a Complaint for an Appointment of a Receiver to take control of the assets of Architectural Traditions, pursuant to the Bank's security interest in the assets. The suit was filed in the Pima County Superior Court in the State of Arizona, Case Number C20142834. The court appointed Resolute Commercial Services, acting through Jeremiah Foster ("Receiver"), as the Receiver on May 27, 2014. Resolute has experience as a receiver and will work to maximize the recovery for all creditors of Architectural Traditions.

The Court's Order directed the Receiver to take possession of Architectural Traditions located at 9280 E. Old Vail Road, Tucson, Arizona 85747 ("Property"), and to liquidate Architectural Traditions' assets ("Assets"), in order to satisfy the lien of the Bank and to hold additional sales proceeds.

On June 30, 2014, the Receiver sold the Assets to Arcadia Inc. with the approval of the Court. Resolute used the proceeds from the sale to pay the senior secured lender, the Bank, the junior secured lender and landlord, 9280 Old Vail Road Investors, LLC, and with court approval will begin to initiate a claims process for all other creditors of Architectural Traditions. With the Court's approval the Receiver will make pro-rata distributions to valid creditors' claims, which are subject to liens or other priority expenses of the estate.

In order to validate all creditor claims the Receiver requests that each unsecured trade creditor submit a claim, along with all supporting invoice documentation, asserting the total amount owed by Architectural Traditions. The deadline for all creditors' claims and supporting documentation will be set by the court.

Robert M. Charles, Jr. of the law firm Lewis Roca Rothgerber, LLP has been retained to represent the Receiver. If you have retained counsel who would like to discuss this case with Mr. Charles, please contact him at rcharles@lrrlaw.com.

Please submit your claim and all invoices or order deposit documentation to the Receivership Email at ATreceivership@resolutecommercial.com. Pending the Court's approval of the claims process, we will be reviewing your supporting documentation and will keep you informed of any updates.

7201 EAST CAMELBACK ROAD • SUITE 250 • SCOTTSDALE, ARIZONA 85251

**EXHIBIT 4**

PAGE 2 - ARCHITECTURAL TRADITIONS, LLC ASSET LIQUIDATION & DISTRIBUTIONS

I understand the difficulty imposed on creditors of Architectural Traditions by the cessation of operations and intend to resolve this matter efficiently and fairly to all. I look forward to resolving the receivership estate and providing notice of the process to interested parties. Should you have additional inquires please send them to the Receivership Email.

Very truly yours,

Jeremiah Foster

As Receiver for Architectural Traditions, LLC

cc:   Rob Charles, Esq., Isaac D. Rothschild, Esq., Scott Jenkins, Esq.

RESOLUTE    PROBLEMS SOLVED                                    **EXHIBIT 4**