**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 16-cv-00079-RM-CBS

MASTER OOGWAY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TOM LIITTSCHWAGER, individually;
GREG LEFEVRE, individually; and
NEW SOUTHWEST DOOR COMPANY, INC., an Arizona corporation,

    Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on two issues: (1) the Order to Show Cause and Plaintiff's Response to the Order to Show Cause (ECF Nos. 24, 30); and (2) whether the Court should reassign the magistrate judge in this case from Magistrate Judge Craig B. Shaffer in Denver, Colorado, to Magistrate Judge Gordon P. Gallagher in Grand Junction, Colorado. On April 4, 2016, the Court raised the first issue *sua sponte*; today, the Court raises the second issue *sua sponte*.

As to the first issue, Plaintiff is a Colorado limited liability company with its principal place of business in Telluride, Colorado. Plaintiff alleged this Court has diversity subject matter jurisdiction over this action, which arises from Defendants' alleged failure to supply doors and windows for a home being constructed in Mountain Village, Colorado. Upon a review of the record, and finding Plaintiff failed to provide sufficient information for the Court to determine

whether diversity jurisdiction exists, the Court issued an Order to Show Cause. (ECF No. 24.) Plaintiff has now responded, providing affirmative representations and some evidentiary support for its position that diversity jurisdiction exists. Based on the representations of Plaintiff, and on the current record, the Court finds sufficient information and allegations have been shown as to the existence of diversity jurisdiction. Accordingly, the Order to Show Cause is DISCHARGED.

As to the second issue, it light of the location of Plaintiff, Plaintiff's counsel, and the property at issue, the parties are notified that the Court is considering reassigning the referral of this case to U.S. Magistrate Judge Gordon P. Gallagher sitting in Grand Junction, Colorado. Accordingly, it is therefore **ORDERED**

(1) That the Order to Show Cause (ECF No. 24) is **DISCHARGED**; and

(2) That, on or before April 21, 2016, the parties shall file a notice with the Court of any matters they wish to be considered before the Court makes its decision of whether to reassign the magistrate judge referral.

DATED this 12th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge