IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  16-cv-00079-CBS

MASTER OOGWAY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TOM LIITTSCHWAGER, individually;
GREG LEFEVRE, individually; and
NEW SOUTHWEST DOOR COMPANY, INC., an Arizona corporation.

    Defendants.

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

Plaintiff, Master Oogway, LLC, and Defendants, Tom Liittschwager, Greg LeFevre, and New Southwest Door Company, Inc., by and through their respective undersigned counsel, hereby stipulate to an extension of time to respond to the opposing party's First Set of Discovery Requests, and in support states as follows:

1. Plaintiff's responses to Defendants' First Set of Discovery Requests are due August 19, 2016.

2. Defendants' responses to Plaintiff's First Set of Discovery Requests are due August 22, 2016.

3. Counsel desire and agree to additional time to review and complete their respective discovery responses with their clients, who reside in Australia and Arizona.

4.	No party will be prejudiced by the approval of this stipulation, and the schedule of the underlying case will not be affected.

WHEREFORE, Plaintiff, Master Oogway, LLC, and Defendants, Tom Liittschwager, Greg LeFevre, and New Southwest Door Company, Inc., respectfully request approval of counsel's stipulation to an extension, up to and including September 2, 2016, within which to submit their respective discovery responses.

DATED this 17th day of August, 2016.

GREGORY, GOLDEN & LANDERYOU, LLC

*/s/ Daniel A. Gregory*
Daniel A. Gregory
1199 Main Avenue, Suite 213
Durango, Colorado 81301
Phone: (970)247-3123
Fax:  (970)247-8293
E-mail: Daniel@daglaw.com
ATTORNEY FOR PLAINTIFF


FAIRFIELD AND WOODS, P.C.

*/s/ Colin A. Walker*
Colin A. Walker
Adrian P. Castro
1801 California St., Suite 2600
Denver, CO  80202
Emails: cwalker@fwlaw.com;
         acastro@fwlaw.com
ATTORNEYS FOR DEFENDANTS

2