IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-00079-CBS

MASTER OOGWAY, LLC, a Colorado limited liability company,

    Plaintiff,

v.

TOM LIITTSCHWAGER, individually;
GREG LEFEVRE, individually; and
NEW SOUTHWEST DOOR COMPANY, INC., an Arizona corporation.

    Defendants.

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO DISCOVERY REQUESTS**

THIS MATTER having come before the Court upon the parties' Stipulation for Extension of Time to Respond to Discovery Requests, and the Court being otherwise fully advised in the premises, ORDERS that the Stipulation is approved, and the parties shall have up to and including September 2, 2016, to submit their respective discovery responses.

DATED this _____ day pf _____, 2016.

BY THE COURT:

_____