IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 16-cv-00079-RM-CBS | Date: April 19, 2017 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| MASTER OOGWAY, LLC, | Daniel Gregory |
| Plaintiff, | |
| v. | |
| TOM (I) LIITTSCHWAGER, *et al.,* | Colin Walker |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 09:57 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding completed discovery, anticipated depositions, anticipated motions for summary judgment,

**ORDERED:** Joinder of parties and amendment of pleadings: **June 30, 2017**
Discovery cut-off: **October 19, 2017**
Dispositive motion deadline: **November 20, 2017**
Affirmative expert disclosure: **August 21, 2017**
Rebuttal expert disclosure: **September 19, 2017**

**FINAL PRETRIAL CONFERENCE** is set for **February 22, 2018 at 9:00 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

HEARING CONCLUDED.

**Court in recess: 10:17 a.m.**
Total time in court: 00:20

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.